DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC A. NADER,**
Appellant,

v.

**VELOCITY INVESTMENTS, LLC,**
Appellee.

No. 4D21-352

[May 6, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jackie Powell, Judge; L.T. Case Nos. 062018CC008790AXXXSO and 062020AP009426AXCCCE.

Marc A. Nader, Edgewater, pro se.

David C. Fall of O&L Law Group, P.L., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***